[No. 66029-2-I.   Division One.   October 29, 2012.]

*In the Matter of the Relationship of* LINDA RINALDI, *Respondent*, and TAMAR BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-29794-2, Mary Yu, J., entered August 23, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Lau, J.

[Nos. 66439-5-I; 66737-8-I.   Division One.   October 29, 2012.]

ROBERT UTTER ET AL., *Appellants*, v. BUILDING INDUSTRY ASSOCIATION OF WASHINGTON, *Respondent*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated September 16, 2013. Substitute opinion filed. Now published at 176 Wn. App. 646.

[No. 66761-1-I.   Division One.   October 29, 2012.]

CD TRUST UTD 10/22/92 ET AL., *Respondents*, v. QUALITY LOAN SERVICE CORP., *as Trustee*, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-06034-9, Michael T. Downes, J., entered February 7, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Grosse, J.

[Nos. 66800-5-I; 67400-5-I.   Division One.   October 29, 2012.]

TBF FINANCIAL, LLC, *Respondent*, v. BORIS PETRENKO ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 10-2-39911-9, Richard D. Eadie, J., entered February 4, 2011. *Reversed* and *remanded* by unpublished opinion per Leach, C.J., concurred in by Grosse, J., and Ellington, J. Pro Tem.